**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **NICHOLAS HENRY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HESS CORPORATION and HESS OIL** )<br>**VIRGIN ISLANDS CORP.,** )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 2020-0095 |

**Attorneys:**
**Korey A. Nelson, Esq.,**
New Orleans, LA
**J. Russell B. Pate, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiff*

**Carl A. Beckstedt, III, Esq.,**
**Robert J. Kuczynski, Esq.,**
St. Croix, U.S.V.I.
    *For Defendants Hess Corporation and*
     *Hess Oil Virgin Islands Corp.*

## ORDER

THIS MATTER comes before the Court on a "Stipulation for Dismissal" (Dkt. No. 7), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), requesting dismissal of this matter as an accidental duplicate filing. The parties agree that the other case between them—Civil Action No. 2020-0096–remains unaffected by this dismissal. The parties also agree to bear their own costs and fees in this case.

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that the "Stipulation of Dismissal" (Dkt. No. 7) is **ACCEPTED**; and it is further

2

**ORDERED** that the Stipulation of Dismissal serves to **DISMISS** this action with each party to bear their own costs and fees; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED.**

**SO ORDERED.**

Date: November 25, 2020 _____/s/_____
WILMA A. LEWIS
Chief Judge